UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DAVID BOGGS and JANICE BOGGS,
f/k/a JANICE PATTERSON,

    Plaintiffs,

-vs-                                                  Case No. 8:15-cv-2293-EAK-JSS

NAVIENT SOLUTIONS, INC.,
f/k/a SALLIE MAE,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, DAVID BOGGS and JANICE BOGGS f/k/a JANICE PATTERSON, and the Defendant, NAVIENT SOLUTIONS, INC. f/k/a SALLIE MAE, by and through the undersigned and hereby stipulate and agree that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

Respectfully submitted this 26th day of February, 2016.

| | |
|---|---|
| */s/ Octavio Gomez*_____ | */s/ Dayle Van Hoose*_____ |
| Octavio "Tav" Gomez, Esquire | Dayle M. Van Hoose, Esquire |
| Morgan & Morgan, Tampa, P.A. | Sessions, Fishman, Nathan & Isreal, LLP |
| One Tampa City Center | 3350 Buschwood Park Drive, |
| 201 N. Franklin Street, 7th Floor | Suite195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Tele: (813) 223-5505 | Telephone: (813) 890-2463 |
| Fax: (813) 222-4725 | Facsimile: (866) 466-3140 |
| Florida Bar No.: 0338620 | Florida Bar No. 0016277 |
| TGomez@ForThePeople.com | dvanhoose@sessions.legal |
| Attorney for Plaintiff | Attorney for Defendant |